## CASE ANNOUNCEMENTS
### *November 23, 2010*

[Cite as *11/23/2010 Case Announcements*, 2010-Ohio-5690.]

## MOTION AND PROCEDURAL RULINGS

**2010–0576. State v. Mammone.**

Stark C.P. No. 2009–CR–0859. This cause is pending before the court as a death penalty appeal from

the Court of Common Pleas for Stark County. Upon consideration of appellant's motion to supplement the record,

It is ordered by the court that the motion is granted, and the trial court shall provide a copy of the transcript from the July 22, 2009 pretrial.